UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**MAGISTRATE JUDGE: <u>WILLIAM E. FITZPATRICK</u>**

<u>**CIVIL HEARING**</u>

**DATE:** __2/21/25_____   **COURTROOM#:** _____500_____
**START:** ___10:23 a.m._____
**FINISH:** __10:28 a.m._____
**DEPUTY CLERK:** <u>**Tina Fitzgerald**</u>

**Civil Action Number:** __1:24-cv-2130_____

        Clemens

           vs

    Homefix Custom Remodeling Corp.

Appearance of Counsel for:  (  ) Plaintiff  ( x ) Defendant  (  ) Movant
                                    (  ) Respondent   ( x ) Pro Se Plaintiff

<u>Motion(s)</u>:
Status Conference


<u>Ruling</u>:
(  ) Motion is uncontested and taken under advisement


**(  ) GRANTED**
**(  ) DENIED**
(  ) GRANTED IN PART/DENIED IN PART


(    ) Report and Recommendation to follow
( x ) Order to follow

<u>NOTES</u>: